AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Micah J. Fogle and Tiffany N. Fogle, individually and on behalf of all other similarly situated Plaintiffs, <br> *Plaintiffs* <br> v. <br> Beazer Homes LLC a/k/a Beazer Homes Corp, <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No.    2:25-cv-00830-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court **GRANTS** Defendant's motion to compel arbitration (Dkt. No. 5) and **DISMISSES** this action in favor of arbitration.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:    August 22, 2025                                *ROBIN L. BLUME, CLERK OF COURT*

                                                s/R. Heinen
                                    _____
                                    *Signature of Clerk or Deputy Clerk*